UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

MITCHELL LEON FARKAS,

    Petitioner,

V.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil No. 7: 18-43-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES** the habeas corpus petition filed by Mitchell Leon Farkas [R. 1] with respect to all issues raised in this proceeding.

2. The Court **ENTERS** Judgment in favor of the respondent.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

Dated July 16, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY